UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

KEITH MATHIS,

                Petitioner,                      AMENDED REFERRAL ORDER

                                                          05-CV-6727L(VEB)

    -vs-

JAMES T. CONWAY and ELIOT SPITZER,

                Respondent.
_____

It is hereby ORDERED that the ORDER dated May 17, 2007, (Dkt. # 10), entered in this case on May 17, 2007, is amended as follows:

The Magistrate Judge shall also hear and report upon dispositive motions, for the consideration of the District Judge pursuant to 28 U.S.C. 636(b)(1)(B)-(C).

All other provisions of said ORDER remain in full force and effect.

IT IS SO ORDERED.

                                                           DAVID G. LARIMER
                                                      United States District Judge

DATED:      August 15, 2007
                Rochester, New York